IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHARLES LETZO,

      Appellant,

v.

ORANGE COUNTY SCHOOL
BOARD OF
COMMISSIONERS/USIS,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3163

Opinion filed February 2, 2017.

An appeal from an order of Judge of Compensation Claims.
Neal P. Pitts, Judge.

Date of Accident: January 15, 2014.

Richard W. Ervin of Fox & Loquasto, P.A., Tallahassee, and Charles H. Leo of
Law Offices of Charles H. Leo, P.A., Orlando, for Appellant.

Lamar D. Oxford and Eric J. Netcher of Dean, Ringers, Morgan & Lawton,
Orlando, for Appellees.

PER CURIAM.

      AFFIRMED.

WETHERELL, BILBREY, and JAY, JJ., CONCUR.